UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: THE HONORABLE TIMOTHY C. STANCEU, JUDGE

|  |  |
|---|---|
| OHKA AMERICA, INC. | : |
| Plaintiff, | : |
| v. | : Court No. 06-00415 |
| UNITED STATES, | : |
| Defendant. | : |

## STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. The protests and the action involved herein were filed within the time provided by law, and all liquidated duties, charges or exactions have been paid prior to the filing of the summons.

2. The imported merchandise covered by the entries set forth on Schedule A, attached, consists of photoresists identified on the commercial invoices by the alpha numeric item numbers enumerated on Schedule B.

3. The imported merchandise was classified by U.S. Customs and Border Protection or its predecessors as described as "Chemical preparations for photographic uses (other than varnishes, glues, adhesives and similar preparations…: Other: Chemical preparations for photographic uses: Other," under subheading 3707.90.32 HTSUS at 6.5% ad valorem.

*Ohka America Inc.* v. *The United States*
Stipulated Judgment On Agreed Statement Of Facts
Court No. 06-00415

    4. The stipulable imported merchandise is classifiable as "Chemical preparations for photographic uses (other than varnishes, glues, adhesives and similar preparations)…: Sensitizing emulsions," under subheading 3707.10.00, HTSUS, at the rate of 3% <u>ad valorem</u>.

    5. The imported merchandise covered by the entries set forth on the attached schedule is stipulable in accordance with this agreement, except for the non-stipulable photoresists listed on the commercial invoices and agreed to be abandoned or merchandise otherwise not at issue identified by an asterisk at the bottom of Schedule B.

    6. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

*Ohka America Inc. v. The United States*
Stipulated Judgment On Agreed Statement Of Facts
Court No. 06-00415

7. All other claims and non-stipulated entries marked with an asterisk are abandoned.

8. Each party will bear its own costs and attorney's fees.

Respectfully submitted,

GEORGE R. TUTTLE,
A Professional Corporation
3950 Civic Center Drive, Suite 310
San Rafael, CA 94903
George.tuttle.sr@tuttlelaw.com
Tel.: (415) 986-8780

Date: 8/2/22   By: _____
George R. Turtle
Attorneys for Plaintiff
Ohka America, Inc.

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. MCCARTHY
Director

Date: ZM·UVU   By: _____
JUSTIN R. MILLER
Attorney in Charge
International Trade Field Office

Date: 8/?/?*?2   By: _____
EDWARD T. KENKL
Senior Trial Counsel
Civil Division, Dept. of Justice
Commercial Litigation branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel.: (212) 264-0480
Edward.Kenny@usdoj.gov

[0179144 DOCX.Ij]

*Ohka America Inc.* v. *The United States*
Stipulated Judgment On Agreed Statement Of Facts
Court No. 06-00415

      IT IS HEREBY ORDERED that this action is decided and this final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entries and make refund in accordance with the stipulation of the parties set forth above.

Date: _____         _____
                                                                                  THE HONORABLE TIMOTHY C. STANCEU,
                                                                                   JUDGE

**Ohka America, Inc.**
**Schedule A**

Plaintiff: Ohka America, Inc.
Port Names: San Francisco International Airport
Court No. 06-00415  Date: 10/31/2006

| **Protest No.** | **Protest Date** | **Protest Denied** | **Entry No.** | **Entry Date** | **Liquidation Date** |
|---|---|---|---|---|---|
| 280906-100084 | 2/2/2006 | 5/4/2006 | EE6-8071989-9 | 12/21/2004 | 11/4/2005 |
| 280906-100084 | 2/2/2006 | 5/4/2006 | EE6-8071990-7 | 12/21/2004 | 11/4/2005 |
| 280906-100084 | 2/2/2006 | 5/4/2006 | EE6-8072217-4 | 12/28/2004 | 11/14/2005 |
| 280906-100084 | 2/2/2006 | 5/4/2006 | EE6-8072219-0 | 12/28/2004 | 11/14/2005 |
| 280906-100084 | 2/2/2006 | 5/4/2006 | EE6-8072503-7 | 1/11/2005 | 11/25/2005 |
| 280906-100084 | 2/2/2006 | 5/4/2006 | EE6-8072576-3 | 1/13/2005 | 11/25/2005 |

\* The entries marked by an asterick (*) and listed on the
commercial invoice are abandoned.                              1/1

Ohka America, Inc.
Summons 06-00415
Schedule B

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |   | Entry Num | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 2 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | DP-6158 |
| 3 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | DP-6159 |
| 4 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | DP-6177 |
| 5 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | DP-6179 |
| 6 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | EUV-P568 |
| 7 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | EUV-P585 |
| 8 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | EUV-P586 |
| 9 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | IMT-001 |
| 10 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | IMT-005 |
| 11 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | ITAP-70301 |
| 12 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | ITAP-70801 |
| 13 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | ITAP-70901 |
| 14 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | ITAP-71001 |
| 15 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-7A-110 |
| 16 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-7A-114 |
| 17 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P6111 |
| 18 |   | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P6111ME 1.7CP |
| 19 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDMR-AR100 HL 5CP |
| 20 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDMR-AR80 HP 6CP |
| 21 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDMR-AR80 HP 6CP |
| 22 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDMR-AR80 HP 6CP |
| 23 |   | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-SC018 ER 3.5CP |
| 24 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | THMR-IP8350 LB 23CP |
| 25 | * | EE6-8071989-9 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | THMR-IP8350 LB 23CP |
| 26 |   | EE6-8071990-7 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P603B PM 9CP |
| 27 |   | EE6-8071990-7 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P603B PM 9CP |
| 28 |   | EE6-8071990-7 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P628 EL 19CP |
| 29 |   | EE6-8071990-7 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P632 EL 12CP |
| 30 |   | EE6-8071990-7 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P7117 |
| 31 |   | EE6-8071990-7 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P722D35EL 6.5CP |

*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.

1/5

Ohka America, Inc.
Summons 06-00415
Schedule B

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |   | Entry Num | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 32 |   | EE6-8071990-7 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P722D35EL 6.5CP |
| 33 | * | EE6-8071990-7 | 12/21/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TSCR-1101 15LB 17CP |
| 34 |   | EE6-8072217-4 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | DP-4210 |
| 35 |   | EE6-8072217-4 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-5A-81 |
| 36 |   | EE6-8072217-4 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P8005 |
| 37 | * | EE6-8072217-4 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TILC-019 |
| 38 | * | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | OMR 83 25CP |
| 39 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P5088 EM 2.6CP |
| 40 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P6100 EM 4.2CP |
| 41 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P6111ME 2.2CP |
| 42 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P7047 EM 3.5CP |
| 43 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P8005 LP 2.4CP |
| 44 | * | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDMR-AR89 14CP |
| 45 | * | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDMR-AR89 14CP |
| 46 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-N777 EM 5.SCP |
| 47 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P015 PM 9CP |
| 48 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P015 PM 9CP |
| 49 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P4167 |
| 50 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P419 PM 3.7CP |
| 51 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P501B PM 4CP |
| 52 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P501B PM 4CP |
| 53 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P501B PM 5CP |
| 54 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P501B PM 5CP |
| 55 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P601B PM 8CP |
| 56 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P6119 EL 10CP |
| 57 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P6158 EL 12CP |
| 58 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P630 EL 12CP |
| 59 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P630 EL 12CP |
| 60 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P630 EL 18CP |
| 61 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P630 EL 18CP |

*The merchandise marked by an asterisk (*) are either non-stipuiable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.

Ohka America, Inc.
Summons 06-00415
Schedule B

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |   | Entry Num | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 62 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P630 EL 18CP |
| 63 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P630 EL 18CP |
| 64 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P630 EL 18CP |
| 65 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P630 EL 24CP |
| 66 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P630 EL 24CP |
| 67 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P630 EL 24CP |
| 68 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P630 EL 8CP |
| 69 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P630 EL 8CP |
| 70 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P630 EL 8CP |
| 71 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P722 EL 11CP |
| 72 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P722 EL 11CP |
| 73 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P722 EL 17CP |
| 74 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P722 EL 17CP |
| 75 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P722 EL 17CP |
| 76 |   | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P722D35EL 6.5CP |
| 77 | * | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | THMR-IP1800 EP 7CP |
| 78 | * | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | THMR-IP2370 LB 28CP |
| 79 | * | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | THMR-IP3650 HP 4CP |
| 80 | * | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | THMR-IP9600 HP 6.5CP |
| 81 | * | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TSCR-1101 15 LB 17CP |
| 82 | * | EE6-8072219-0 | 12/28/2004 | 280906-100084 | 2/2/2006 | 5/4/2006 | TSMR-8900 20CP |
| 83 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | DP-6178 |
| 84 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | DP-6178 |
| 85 | # | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | EP-030 |
| 86 | * | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | EUV-N603 |
| 87 | * | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | EUV-P587 |
| 88 | * | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | EUV-P590 |
| 89 | * | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | EUV-P593 |
| 90 | * | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | EUV-P602 |
| 91 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-6071F PM 2.8CP |

"The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.

Ohka America, Inc.
Summons 06-00415
Schedule B

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |   | Entry Num | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 92 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P5071 EM 2.2CP |
| 93 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P5071 EM 2.2CP |
| 94 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P5071 EM 2.2CP |
| 95 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P6111 ME |
| 96 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P7047 EM 3.7CP |
| 97 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P7047 EM 4CP |
| 98 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P7050 EM 3CP |
| 99 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P7066 EM 2.6CP |
| 100 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P7066 EM 2.6CP |
| 101 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P7066 EM 2.6CP |
| 102 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P7067 EM |
| 103 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TARF-P8005 LP 2.6CP |
| 104 | * | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDMR-AR1000 LB 20CP |
| 105 | * | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDMR-AR87 LB 25CP |
| 106 | * | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDMR-AR87 LB 25CP |
| 107 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P4167 EM 8CP |
| 108 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P419 PM 3.7CP |
| 109 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P419 PM 3.7CP |
| 110 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P419 PM 4.5CP |
| 111 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P6119 EL 8CP |
| 112 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P722 EL 17CP |
| 113 |   | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P722 EL 17CP |
| 114 | * | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | THMR-IP3600 HP D2 |
| 115 | * | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | THMR-IP3600 HP D2 |
| 116 | * | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | THMR-IP9600 HP 8CP |
| 117 | * | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | THMR-IP9600 HP 8CP |
| 118 | * | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | THMR-IP9600 HP 8CP |
| 119 | * | EE6-8072503-7 | 1/11/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TSMR-IN008 PM 10CP |
| 120 | * | EE6-8072576-3 | 1/13/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | OEBR-REAP200 PM 2.6CP |
| 121 | * | EE6-8072576-3 | 1/13/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDMR-AR65 HP 11CP |

*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.

Ohka America, Inc.
Summons 06-00415
Schedule B

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 |   | Entry Num | Entry Date | Protest No | Protest Date | Protest Denied | Description |
| 122 | * | EE6-8072576-3 | 1/13/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDMR-AR65 HP 11CP |
| 123 |   | EE6-8072576-3 | 1/13/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P601B PM 8CP |
| 124 |   | EE6-8072576-3 | 1/13/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TDUR-P601B PM 8CP |
| 125 | * | EE6-8072576-3 | 1/13/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | THMR-IP2250 EP 55CP |
| 126 | * | EE6-8072576-3 | 1/13/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | THMR-IP2250 EP 55CP |
| 127 | * | EE6-8072576-3 | 1/13/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | THMR-IP3100 MM 9CP |
| 128 | * | EE6-8072576-3 | 1/13/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TSMR-IN027 PM 2.6CP |
| 129 | * | EE6-8072576-3 | 1/13/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TSMR-IN027 PM 2.6CP |
| 130 | * | EE6-8072576-3 | 1/13/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TSMR-V-90 LB 15CP |
| 131 | * | EE6-8072576-3 | 1/13/2005 | 280906-100084 | 2/2/2006 | 5/4/2006 | TSMR-V-90 LP 15CP |

*The merchandise marked by an asterisk (*) are either non-stipulable photo resists listed on the commercial invoices and agreed to be abandoned or are merchandise otherwise not at issue.    5/5